# Progressive

November 30, 2017

Clerk of the Court
U.S. Bankruptcy Court

      Re: Progressive Leasing Change of Address

          14-31634 Patricia Maynard

Dear Clerk:

      Please be made aware that Progressive Leasing, fdba Progressive Finance, has moved its office location from 10619 South Jordan Gateway, #100, South Jordan, Utah 84095 to 256 West Data Drive, Draper, Utah 84020. Please forward all existing and future payments, notices and correspondence relating to the above-mentioned matter to our new address.

      If you need anything further, please do not hesitate to contact me at 801-424-7818.

Sincerely,

Natalie Abbott
Authorized Agent
Progressive Leasing

