

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re: WILLARD & PATRICIA MAYNARD<br>4777 GROUSE RUN DR. #155<br>STOCKTON, CA. 95207 | Case No.: 14-31634 |
|---|---|
| | **CHANGE OF ADDRESS** |

Change of Address For:   ☐ Debtor(s)   ☑ Creditor
 ☐ Debtor
 ☐ Co-Debtor

**ATTORNEYS WHO WISH TO MAKE A CHANGE OF ADDRESS MUST USE OUR E-FILING WEBSITE.**

### OLD ADDRESS

NAME: CASH COW CAPITAL

MAILING ADDRESS: 875 AVENUE OF THE AMERICAS, STE. 601

CITY, STATE, ZIP: NEW YORK, NEW YORK, 10001

TELEPHONE NO.: 877-236-0306

### NEW ADDRESS

NAME: Elliot Sussman/Atty for Cash Cow

MAILING ADDRESS: 333 Pearsall Ave, Suite 205

CITY, STATE, ZIP: Cedarhurst, NY 11516

TELEPHONE NO.: 516-595-8552

Dated: 12/8/17

Requestor's Name: Joe Levo

Requestor's Signature: [signature]

Title, if applicable (Corporate Officer, partner, or agent)

EDC 2-085 (Rev. 6/13)