LAW OFFICES OF JOHN C. KYLE & GREGORY J. SMITH
Gregory J. Smith, Esq 114576
Kathleen H. Crist, Esq 146197
5637 North Pershing Avenue, Suite H8a
P.O. Box 7007
Stockton, California 95267-0007
(209) 956-9698/facsimile (209) 956-9697

Attorney for Debtors
MAYNARD, WILLARD W.
MAYNARD, PATRICIA A.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: ) Case No.: 14-31634-D-13 G
    MAYNARD, WILLARD W. ) DC NO: JCK-006
    MAYNARD, PATRICIA A. ) In Proceedings Under Chapter 13
)
    <u>        Debtors        </u> )

**DEBTORS' DECLARATION IN SUPPORT OF MOTION TO INCUR FURTHER INDEBTEDNESS FOR LEASEOF A VEHICLE**

We, WILLARD W. & PATRICIA A. MAYNARD, state as follows:

1. On November 26, 2014, we filed a petition under Chapter 13 of the Bankruptcy code. The case was confirmed May 18, 2015.

2. We are current with our Chapter 13 plan payments of $ 1,120.00.

3. Our business, Delta Valley Towing, needs another tow truck.

4. We are asking to be able to lease a tow truck. The financing will be through Allegiant Partners and the proposal is for a $ 95,000 deal.

5. The security deposit is $ 14,250 and will have a monthly payment of $ 2,445 for a five year lease term. In the industry, this is called a "Trac Lease".

6. We, respectfully request the Court authorize us to lease a commercial tow truck.

We declare under penalty of perjury that the above Debtors' Declaration is true and correct.

Dated: <u>December 18, 2018</u>     <u>/s/ (Willard W. Maynard)</u>     <u>/s/ (Patricia A. Maynard)</u>
                                               Willard W. Maynard         Patricia A. Maynard