LAW OFFICES OF JOHN C. KYLE & GREGORY J. SMITH
Gregory J. Smith, Esq 114576
Kathleen H. Crist, Esq 146197
5637 North Pershing Avenue, Suite H8A
P.O. Box 7007
Stockton, California  95267-0007
(209) 956-9698/facsimile (209) 956-9697

Attorney for Debtors
MAYNARD, WILLARD W.
MAYNARD, PATRICIA A.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **IN RE:** ) | Case No.: | 14-31634-D-13 G |
| 　　MAYNARD, WILLARD W. ) | DC NO: | JCK-006 |
| 　　MAYNARD, PATRICIA A. ) | In Proceedings Under Chapter 13 | |
| ) | | |
| 　　　　　Debtors　　　 ) | | |

**DEBTORS' EXHIBIT IN SUPPORT OF MOTION TO   INCUR FURTHER INDEBTEDNESS FOR LEASEOF A VEHICLE**

Exhibit A.　　　Notice from Dan Willis, CapX Funding Corp
　　　　　　　　　(Consisting of 1 Page)

## RE: Delta Valley Towing - Documents

From: Dan Willis (danw@capxfunding.com)
To: deltavalleytowing@att.net
Date: Tuesday, December 11, 2018 04:36 PM PST

Stephanie,

I have pre-screened this overall situation with the lender that I have in mind, which is Allegiant Partners (AP). We have done many tow truck financings together, including for many House of Wreckers customers. So we've all worked together quite a lot.

The head credit guy at AP said they would entertain it, but <u>only if the bankruptcy trustee will approve it</u>. So I think the next step is to provide you with some numbers and the structure that would be required, for you to then share with the trustee, and then find out if this will be agreeable all around.

So here is a purely "ballpark" proposal, <u>subject of course to submittal of an application and full credit review</u>:

| | | |
|---|---|---|
| Assumed Equipment Cost: | $95,000 | estimated, including tax & license |
| Security Deposit: | 14,250 | would be returned at end of lease, assuming all terms were met as agreed, or some may be applied to residual payment |
| Monthly Lease Payments: | 1 @ $100, followed by 59 @ $2,444.88 | total term of 60 months |
| TRAC Residual at end: | $ 9,500 | essentially a balloon payment equal to 10% of Equipment Cost |

This is what is called a "TRAC lease" and it is a common structure for commercial vehicles. The term is 60 months.

As mentioned earlier, I suggest you run this by the BK trustee, and if he or she supports it, we can proceed with a formal submittal and review. Please call me with any questions at 925-837-2279.

Thank you,

*Dan Willis*

*CapX Funding Corp.*
*925.837.2279 phone*
*925.837.2268 fax*
*danw@capxfunding.com*

*www.capxfunding.com*